**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-7185**

KELCEY ROSWELL THORPE,

        Plaintiff - Appellant,

      v.

UNNAMED DEFENDANT; MARCUS BARROW, Chief of Henderson Police Department; OFFICER D. A. ELLIOTT; OFFICER GWYNN; OFFICER MACIALEK; JUDGE HEIGHT; D.A. MICHAEL WATERS; D.A. MELISSA PELFREY; EVAN N. BAGSHWARE; DEPARTMENT OF ADULT CORRECTION,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:24-ct-03016-D-RJ)

Submitted:  July 24, 2025                         Decided:  July 28, 2025

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelcey Roswell Thorpe, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelcey Roswell Thorpe appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we deny Thorpe's motions for appointment of counsel and affirm the district court's order. *Thorpe v. Unnamed Defendant*, No. 5:24-ct-03016-D-RJ (E.D.N.C. Nov. 27, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2